IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KATHLEEN CURRAN,

                Plaintiff,

      vs.

WALMART, INC.,

                Defendant.

**8:23CV319**

**ORDER**

       IT IS ORDERED that the motion to withdraw Cameron C. Finke as counsel of record for Defendant, (Filing No. 24), is granted. Cameron C. Finke shall no longer receive electronic notice in this case.

       Dated this 29th day of December, 2023.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge