IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHLEEN CURRAN,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC.,<br><br>Defendant. | 8:23CV319<br><br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

The Court grants the parties' joint motion to extend progression order deadlines. Filing No. 37.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is July 1, 2024. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by July 1, 2024.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deadlines for complete expert disclosures[1] for all experts expected to

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiff(s): | July 17, 2024. |
| For the defendant(s): | September 3, 2024. |
| Plaintiff(s)' rebuttal: | October 1, 2024. |

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is July 1, 2024 for fact witnesses and September 3, 2024 for expert witnesses.

4) All other deadlines and provisions in the Court's Final Progression Order, Filing No. 19, remain unchanged.

Dated this 31st day of May, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge